UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**CHARLES DARWIN BRODBECK**
**KATHERINE ELIZABETH BRODBECK**

Case No. 09-04056-BKC-3F7

_____**Debtor(s).**_____

## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS AND NOTICE OF HEARING

The trustee, **GREGORY K. CREWS**, objects to the debtors' claims of exemptions regarding the Vystar Certificate of Deposit under Florida Statute §222.22. The basis for the objection is that the funds in the Certificate of Deposit do not qualify as exempt under that statute.

## NOTICE OF HEARING

A hearing on the trustee's objection to claim of exemptions will be held before the Honorable **JERRY A. FUNK**, in Courtroom 4D, 4th Floor, Courthouse Building, 300 North Hogan Street, Jacksonville, Florida, on **Wednesday, October 7, 2009, at 1:30 o'clock p.m.**

    1.    **All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.**

    2.    **The hearing may be continued upon announcement made in open court without further notice.**

    3.    **Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.**

    4.    **Appropriate Attire. You are reminded that Local Rule 2.22(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.**

    5.    **Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the U. S. Trustee and Christian Ford Smith, Esquire. I further certify that I mailed a copy of the foregoing Trustee's Objection to Claim of Exemptions by first class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Charles and Katherine Brodbeck<br>3795 Iceni Court<br>Middleburg, Florida 32068 | |
| | |

/s/ Gregory K. Crews
GREGORY K. CREWS
Attorney for Trustee
Florida Bar No. 172772
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750