UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

CHARLES DARWIN BRODBECK             Case No. 09-04056-BKC-3F7
KATHERINE ELIZABETH BRODBECK

_____Debtor(s)._____

ORDER SUSTAINING TRUSTEE'S
OBJECTION TO CLAIM OF EXEMPTIONS

Upon the consent of the debtor and the trustee, it is

ORDERED:

The trustee's Objection to Claim of Exemptions is sustained.

Dated this 6 day of October, 2009 in Jacksonville, Florida.

_____
JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Gregory K. Crews, Trustee
United States Trustee
Christian Ford Smith, Esquire
Charles and Katherine Brodbeck

CONSENTS

We consent to the entry of the above Order Sustaining Trustee's Objection to Claim of Exemptions.

_____         _____
Gregory K. Crews                         Christian Ford Smith      Bar No. 0043741
Attorney for Trustee                     Attorney for Debtors
Florida Bar No. 172772                   Florida Bar No. 0990700
8584 Arlington Expressway                4711 US Highway 17 South, Ste. 2
Jacksonville, Florida 32211              Orange Park, Florida 32003-8211
(904) 354-1750                           (904) 269-3165