UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**CHARLES DARWIN BRODBECK**
**KATHERINE ELIZABETH BRODBECK**

Case No. 09-04056-BKC-3F7

_____Debtor(s)._____

## ORDER SUSTAINING TRUSTEE'S
## OBJECTION TO CLAIM OF EXEMPTIONS

Upon the consent of the debtor and the trustee, it is

ORDERED:

The trustee's Objection to Claim of Exemptions is sustained.

Dated this  6  day of October, 2009 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Gregory K. Crews, Trustee
United States Trustee
Christian Ford Smith, Esquire
Charles and Katherine Brodbeck

## CONSENTS

We consent to the entry of the above Order Sustaining Trustee's Objection to Claim of Exemptions.

Gregory K. Crews
Attorney for Trustee
Florida Bar No. 172772
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Christian Ford Smith
Attorney for Debtors
Florida Bar No. 0990700
4711 US Highway 17 South, Ste. 2
Orange Park, Florida 32003-8211
(904) 269-3165

FAX NO - 0043741

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: randog            Page 1 of 1              Date Rcvd: Oct 06, 2009
Case: 09-04056                Form ID: pdfdoc         Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 08, 2009.
db/jdb      +Charles Darwin Brodbeck,   Katherine Elizabeth Brodbeck,    3795 Iceni Court,
             Middleburg, FL 32068-3962

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**                          Signature:    _/s/ Joseph Speetjens_